SCANNED

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MAINE**

U.S. DISTRICT COURT
PORTLAND, MAINE
RECEIVED AND FILED

2014 JUL 21 P 3:49

_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil No. 2:57-cv-76-DBH |
| ) | |
| MAINE LOBSTERMEN'S ) | |
| ASSOCIATION and LESLIE DYER, ) | |
| ) | |
| Defendants ) | |

## ORDER TERMINATING FINAL JUDGMENT

The Court having received the motion of defendant Maine Lobstermen's Association, Inc. ("MLA") for termination of the final judgment entered in this case on August 5, 1958 ("Final Judgment"), and the United States having represented to the Court that it has no objection to the motion, and the Court having considered all papers filed in connection with this motion, and the Court finding that it is in the public interest to terminate the Final Judgment, and after hearing on July 21, 2014, it is **Ordered, Adjudged, and Decreed** that said Final Judgment is hereby **Terminated**.

So Ordered.

Dated this 21 day of July, 2014

D. Brock Hornby
United States District Judge